UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ME2 PRODUCTIONS, INC.,

    Plaintiff,

v.

MADALYNN ALEXANDER, *et al.*,

    Defendants.

Case No. C17-0694RSL

ORDER DENYING MOTION FOR EXTENSION OF TIME AND DISMISSING CASE

    This matter comes before the Court on plaintiff's motion for an extension of time in which to serve the complaint. Dkt. # 13. A party generally has 90 days after a complaint is filed in which to serve the defendant. Fed. R. Civ. P. 4(m). It can be challenging to meet this deadline in BitTorrent cases where plaintiff must first conduct discovery from the ISP before it can identify, name, and serve the defendant. It can be done, however, and the Court has repeatedly indicated that it expects at least a good faith effort to comply with the service deadline. In this case, the motion for leave to conduct expedited discovery was granted in a timely manner, the ISP responded promptly, and plaintiff appropriately pursued an amicable resolution of the case before utilizing the waiver of service procedure set forth in Fed. R. Civ. P. 4(d). Plaintiff, however, forgot to calendar the service and waiver of service deadlines: no further attempt at service was made until this motion was filed.

    Plaintiff argues that the failure to calendar the service and waiver of service

deadlines was "[l]ikely due in part" to counsel's unexpected shoulder surgery on July 12, 2017, and/or staff turnover. Dkt. # 14 at 3. The facts do not support this assertion. The service deadline was established -- and should have been calendared -- in May 2017, long before counsel's shoulder surgery or the loss of his legal assistant. Similarly the waiver of service deadline should have been calendered as soon as the waivers were mailed out in June 2017. The failure to calendar and the resulting failure to timely serve cannot be excused by events that occurred in July.

Good cause has not been shown, and the Court finds that an extension of the service deadline is not warranted. This action is hereby DISMISSED without prejudice for failure to comply with Fed. R. Civ. P. 4(m).

Dated this 11th day of August, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge