United States District Court
WESTERN DISTRICT OF WASHINGTON

ME2 PRODUCTIONS, INC.,

    v.

MADALYNN ALEXANDER, *et al.*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C17-694RSL

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

This action is DISMISSED without prejudice.

August 16, 2017

William M. McCool
Clerk

/s/Sharita Tolliver
By, Deputy Clerk