Honorable Robert S. Lasnik

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ME2 PRODUCTIONS, INC., | Civil Action No. 17-cv-694RSL |
| Plaintiff, | STIPULATION OF DISMISSAL OF JOHN BOYD (DOE 10) |
| v. | |
| MADALYNN ALEXANDER, an individual; JAMES STEWART, an individual; ANNA TYSELING, an individual; KYLE FELLERS, an individual; DMITRIY MIRONENKO, an individual; ARTHUR DYACHK, and individual; ARIELLE RADELET, an individual; JOHN BOYD, an individual; LEXUS VANG, an individual; MARIA NARANJO, an individual; and MICHAEL ORME, an individual, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) and according to the terms of a Confidential Settlement

Agreement wherein Defendant agreed to (a) cease directly, contributorily or indirectly infringing

Plaintiff's rights in its valid and enforceable copyrighted work *Mechanic: Resurrection*, Copyright

Registration No. PA 1-998-057, including without limitation by using the Internet to reproduce,

copy, distribute or to make the motion picture available for distribution to the public, except

pursuant to a lawful written license from Plaintiff; and (b) destroy all unauthorized copies or parts

thereof of *Mechanic: Resurrection* in its possession or subject to Defendant's control, including

STIPULATION OF DISMISSAL - 1

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

without limitation any downloaded onto any computer hard drive or server or otherwise saved onto

any physical medium or device, without Plaintiff's authorization, Plaintiff hereby dismisses its

claims against Defendant with each side bearing its own fees and costs.

s/ David A. Lowe, WSBA No. 24,453
  Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for Plaintiff*

s/Benjamin Justus, WSBA No. 38,855
  brj@lybeckmurphy.com
LYBECK PEDREIRA & JUSTUS<sup>PLLC</sup>
7900 SE 28th St., Fifth Floor
Mercer Island, WA 98040
T: 206.230.4255
F: 206.230.7791

*Attorneys for Defendant*

STIPULATION OF DISMISSAL - 2

Civil Action No. 17-cv-694RSL

INIP-6-0080P17 SDMISS - Doe 10

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301